United States District Court
Southern District of Texas
**ENTERED**
February 03, 2020
David J. Bradley, Clerk

# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | |
|---|---|
| ROJELIO GONZALEZ, § | |
| § | |
| Plaintiff, § | |
| § | |
| v. § | CIVIL ACTION No.: 4:19-cv-3692 |
| § | |
| AMERICAN SECURITY § | |
| INSURANCE COMPANY, § | |
| § | |
| Defendant. § | |

## ORDER

On this day, the Court considered the Parties' Joint Motion to Stay Pending Mediation. After considering the Motion, and for good cause shown, the Court is of the opinion that the Motion should be GRANTED. IT IS THEREFORE ORDERED:

That the Parties' Joint Motion to Stay Pending Mediation is GRANTED;

That all pretrial settings and deadlines are STAYED pending the Parties' scheduled mediation;

That the Initial Pretrial and Scheduling Conference scheduled for February 14, 2020 at 1:30 p.m. is VACATED;

That the Parties notify the Court of the outcome of the mediation by no later than March 9, 2020.

SIGNED this 2nd day of February, 2020.

Hon. Keith P. Ellison
United States District Judge