United States District Court
Southern District of Texas
**ENTERED**
March 04, 2020
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| ROJELIO GONZALEZ,<br>Plaintiffs,<br><br>v.<br><br>AMERICAN SECURITY<br>INSURANCE COMPANY,<br>Defendant. | §<br>§<br>§<br>§<br>§<br>§  CIVIL ACTION No.: 4:19-cv-3692<br>§<br>§<br>§<br>§<br>§ |

**ORDER**

On this day, the Court considered the Parites Joint Motion to Extend Stay. After considering the Motion, and for good cause shown, the Court is of the opinion that the Motion should be GRANTED. IT IS THEREFORE ORDERED:

That the Parties' Joint Motion to Extend Stay is GRANTED;

That all pretrial settings and deadlines shall remain STAYED pending the Parties' scheduled mediation;

That the Initial Pretrial and Scheduling Conference is is rescheduled to _April 30, 2020_ at _2:00_ a.m./p.m.

Counsel need not appear at the Initial Pretrial and Scheduling Conference if the Court has been advised in writing that the case has settled or, if the case does not settle, if the parties submit their Joint Pretrial Management Plan _and proposed scheduling order_ before the Initial Pretrial and Scheduling Conference.

Signed at Houston, Texas on this the ___1st___ day of March 2020.

United States District Court
Judge Keith Ellison